

**FILED AS A POOR PERSON**

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC09975 | |
|---|---|---|
| Plaintiff/Petitioner:<br>LAURA CHARLENE CROWDER HITZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>LAURA CHARLENE CROWDER HITZ<br>P.O. BOX 1409<br>982299<br>JEFFERSON CITY, MO  65102 | |
| Defendant/Respondent:<br>SYMETRA | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Suit on Account | | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
**(Except Attachment Action)**

**The State of Missouri to:**   **SYMETRA**
                               Alias:
**1 CORPORATE ROAD**
**ENFIELD, CT  06082**

**HARTFORD COUNTY, CT**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 29, 2022**                      _Thomas Kloeppinger_ (signature)
Date                                            Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above Summons by: (check one)
   ☐ delivering a copy of the summons and petition to the defendant/respondent.
   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

**EXHIBIT A**

| | | |
|---|---|---|
| **Service Fees** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

SJRC (07-21) SM60 (SMOS) *For Court Use Only*: **Document ID# 22-SMOS-3463**     2 of 2     **(2222-CC09975)**     SCR 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

**EXHIBIT A**

22nd Judicial Circuit

City Of Saint Louis Circuit Court

CASE # 2222-CC09875

| | |
|---|---|
| Plaintiff Acting Pro Se | Defendant |
| Laura C Crowder Hitz | SYMETRA |
| Mailing Address Safe at Home Program | Mailing Address: |
| ~~Enfield, CT PO Box 1230~~ LC P.O. Box 1409 | P.O. Box 1230 |
| ID Number 982299 Mailing Address: | Enfield, CT. 06083 |
| Jefferson City Mo 65102 | 1 corporate Road EnField, CT 06082 |

In regard to Long Term Disability Personal Insurance

Policy No: 01-017643-00

Claim No: C-2019-150650

I received Short Term Disability Insurance from Symetra Insurance in 2019. I was underpaid on the short term however I did receive the full amount of weeks of short term. It reads in our insurance given to us from Cr England that the short Term is supposed to go into Long Term if we are still not able to return to work. I was injured in May of 2019 and because of Covid was not able to return to Saint Louis for further medical until June of 2020 when Covid lifted for two weeks.

I got back to Saint Louis and I was able to get to a specialist to find out what was fully wrong with me. I found out that I have extensive injures and that several doctors were correct that I won't be able to go back to work and that I am a Life Long injury that I have Life Long injuries and that I needed to begin making arrangements. Getting in home help making adjustments to my life.

I filled for Long Term Disability and received a letter December 18th of 2019 and I was denied.

I then filled an appeal and I received another letter July 15th 2020 saying that my appeal was denied. They didn't even look at the medical I requested that they look at. Thanks to Mercy and me saying this doesn't make sense and we looked into it and found that during Covid someone got into the medical

**EXHIBIT A**

records and they changed one record to reflect that the MRI was done in April 2019 before I went back to work instead of June of 2019 so that the records would reflect that the injury was preexisting instead of that it happened in the Months of May and June of 2019. And so that they whoever it is that got into the medical records and made the changes and CR England and who used my medical records and who was getting Medication from my medical records could push me into going back to work. I am an Identity theft case and so they and CR England Corporate in Salt Lake could use my case to get what they wanted.

I was told in the letter in July 15 of 2020 that I have until December 18th 2022 to file in Civil Court. I am filling for my full amount that I am owed of weekly pay and back pay from the first day of Temporary and Long Term Disability. The Company I was working for fraugelated the pay records and I need my full amount of pay to be considered in determining my private Insurance payments.

Plaintiff Acting Pre Se

Laura C Crowder Hitz

*/s/ Laura C Crowder Hitz*

Defendant

Symetra Insurance

P.O. Box 1230

Enfield, CT. 06083

Sworn to and subscribed before me this 28TH date of November, 2022.

Witness my hand and official seal.

Notary Public *[signature]*

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2024
Commission Number: 20606492

# EXHIBIT A